## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00002 |
| | ) | Judge Trauger |
| MONTELITO F. JOHNSON | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the jury trial scheduled to begin on October 16, 2012 is **CANCELLED**. It is further **ORDERED** that this case is set for a change of plea hearing on Wednesday, October 17, 2012, at 2:00 p.m. on the Superseding Information to be filed in this case.

It is so **ORDERED**.

ENTER this 15th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge